DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JANE DOE and JANET DOE,

Petitioners,

v.

YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE
SUNCOAST, INC.; DELONYX CORTEZ; LINDA PENN; M.D.K.;
C.K.; and PLAY/SPACE SERVICES, INC.,

Respondents.

No. 2D2025-1718

_____

January 28, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Rebecca Hamilton, Judge.

Peter D. Andrews, St. Petersburg; Joshua M. Drechsel of Josh Firm, P.A.,
St. Petersburg; and Bradley S. Bell of Bell Law Group, P.A., Tampa, for
Petitioners.

Dinah S. Stein and Philip M. Berberian of Hicks, Porter & Stein, P.A.,
Miami; and David M. Tarlow of Quintairos, Prieto, Wood & Boyer, P.A.,
Fort Lauderdale, for Respondents Young Men's Christian Association of
the Suncoast, Inc., Delonyx Cortez, and Linda Penn.

No appearance by remaining Respondents.


PER CURIAM.

Denied.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.